UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THE BURLINGTON INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>BAY ONE SECURITY, INC., et al.,<br><br>Defendants. | Case No. 17-cv-04734-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |
|---|---|

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| PLAINTIFF MOTION FOR SUMMARY JUDGMENT | JANUARY 23, 2018 |
| DEFENDANT'S DEFENDANTS' OPPOSITION AND AFFIRMATIVE CROSS-MOTION FOR SUMMARY JUDGMENT | FEBRUARY 13, 2018 |
| PLAINTIFF'S REPLY AND OPPOSITION TO CROSS-MOTION | FEBRUARY 27, 2018 |
| DEFENDANTS' REPLY TO OWN MOTION. | MARCH 13, 2018 |
| HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT | APRIL 3, 2018 AT 2:00 P.M. |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | ONLY WITH COURT APPROVAL |

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: November 9, 2017

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge