UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>BAY ONE SECURITY, INC.; GERMAN MOTORS CORPORATION; and FEDERATED MUTUAL INSURANCE COMPANY,<br><br>    Defendants. | Case No. 17-cv-04734-YGR<br><br>[PROPOSED] JUDGMENT |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

This action was decided by the Honorable Yvonne Gonzalez Rogers on cross motions for summary judgment. The Court found that there was no potential for coverage under commercial general liability insurance policy No. 327BR00077 that plaintiff The Burlington Insurance Company ("Burlington") issued to defendant Bay One Security, Inc. ("Bay One") in connection with the June 1, 2015 break-in at the German Motors Corporation dealership at 1675 Howard Street, San Francisco, California.

Judgment is therefor entered in favor of plaintiff Burlington and against defendants Bay One, German Motors Corporation and Federated Mutual Insurance Company.

It is hereby declared and adjudged that:

1. There is and was no coverage for the claims asserted by German Motors Corporation and Federated Mutual Insurance Company against Bay One in the Superior Court of the State of California for the County of San Francisco (the "Underlying Action") under Burlington commercial general liability insurance policy No. 327BR00077;

2. Burlington had no duty to defend Bay One in the Underlying Action;

3. Burlington has no duty to indemnify Bay One for the Underlying Action.

4. Burlington owes no obligations to German Motors Corporation or Federated Mutual Insurance Company in connection with their claims against Bay One.

Dated: April 25, 2018

_/s/ Yvonne Rogers Gonzalez_
Yvonne Rogers Gonzalez
United States District Judge